IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Ashlee Smith, Individually, and on Behalf
of All Others Similarly Situated,

     Plaintiff,

  v.

Associates in Gastroenterology, P.A. and
Berkeley Endoscopy Center LLC;

     Defendants.

CA: _____3:17-3179-TLW_____

## NOTICE OF REMOVAL

COMES NOW Defendants Associates in Gastroenterology, P.A., and Berkeley Endoscopy Center, LLC, by and through their counsel, and file this Notice of Removal in the above-captioned action pursuant to 28 U.S.C. §§ 1441 and 1446. In support of removal, Defendants respectfully assert the following:

1. Plaintiff filed her Summons and Complaint in the Court of Common Pleas for the State of South Carolina, Richland County, Civil Action No. 2017-CP-40-06035, on October 6, 2017. A copy of the Summons and Complaint is attached as Exhibit A. Defendants have received no other process, pleadings, or orders.

2. Defendants received a copy of the Summons and Complaint and accepted service through their counsel on October 27, 2017. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3. The United States District Court for the District of South Carolina, Columbia Division, is the federal judicial district embracing the Richland County Court of Common Pleas,

where this action was originally filed and where the events alleged in the Complaint are said to have occurred.  Thus, venue is proper in this Court under 28 U.S.C. § 1441(a).

4.    Pursuant to 28 U.S.C. § 1446(d), Defendants are concurrently filing a Notice of Filing Notice of Removal with the Clerk of Court for the Richland County Court of Common Pleas and serving Plaintiff with a copy of this Notice of Removal and a copy of the Notice of Filing Notice of Removal.

5.    As explained below, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question).  Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

### FEDERAL QUESTION JURISDICTION

6.    Plaintiff's Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA").  (*See* Compl. ¶¶ 30-47.)

7.    Plaintiff's FLSA claims arise solely under the laws of the United States. Therefore, this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

8.    Plaintiff also raises a state-law claim for allegedly unpaid wages pursuant to the South Carolina Payment of Wages Act, S.C. Code §§ 41-10-10, *et seq.*  (*See* Compl. ¶¶ 48-51.) Since that claim is so related to Plaintiff's FLSA claim, it forms part of the same case or controversy and Defendants respectfully ask this Court to accept supplemental jurisdiction as to that state-law claim pursuant to 28 U.S.C. § 1367(a).

9.    Therefore, the case as set forth above, Civil Action No. 2017-CP-40-06035, Court of Common Pleas for the State of South Carolina, Richland County, in the Fifth Judicial Circuit,

could have originally been brought before this Court pursuant to 28 U.S.C. § 1331 and removal to this Court is appropriate.

## LOCAL CIVIL RULE REQUIREMENTS

10.     Defendants have complied with the requirements of Rule 83.IV.01 of the Local Civil Rules of the United States District Court for the District of South Carolina.

11.     Defendants have also complied with Local Civil Rule 26.01 by filing their respective Answers to Local Civil Rule 26.01 Interrogatories simultaneously with this Notice of Removal.

WHEREFORE, Defendants pray that the above action now pending in the Court of Common Pleas for the State of South Carolina, Richland County, be removed to this Court.

**[SIGNATURE PAGE TO FOLLOW]**

Dated this 22nd day of November 2017.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:     *s/William L. Duda*
        William L. Duda (Fed. ID No. 7740)

        *s/Christopher R. Thomas*
        Christopher R. Thomas (Fed. ID No. 11793)

        First Base Building
        2142 Boyce Street, Suite 401
        Columbia, SC  29201
        803.252.1300 (telephone)
        803.254.6517 (facsimile)
        bill.duda@ogletree.com
        christopher.r.thomas@ogletree.com

        *s/Charles E. McDonald III*
        Charles E. McDonald III (Fed. ID No. 6767)
        The Ogletree Building
        300 North Main Street, Suite 500 (29601)
        Post Office Box 2757
        Greenville, SC  29602
        864.271.1300 (telephone)
        864.242.0037 (facsimile)
        Chuck.McDonald@ogletree.com

**ATTORNEYS FOR DEFENDANTS**

4

## CERTIFICATE OF SERVICE

I, Meredith Smith, do hereby certify that the foregoing **NOTICE OF REMOVAL** has been served upon the following person electronically via the Court's Electronic Case Filing system, as well as by certified mail, return receipt requested, properly addressed, and with the correct amount of postage affixed thereto:

>Janet E. Rhodes, Esq.
>BURNETTE SHUTT & MCDANIEL, PA
>912 Lady Street, 2nd Floor
>Columbia, SC  29201
>Jrhodes@burnetteshutt.law
>
>J. Paul Porter, Esq.
>CROMER BABB PORTER & HICKS, LLC
>1418 Laurel Street, Suite A
>Columbia, SC  29201
>pporter@jlewiscromerlaw.com

Dated this 22nd day of November 2017.

_Meredith Smith_
Meredith Smith
Practice Assistant

First Base Building
2142 Boyce Street, Suite 401
Columbia, SC  29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
meredith.smith@ogletree.com