IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Ashlee Smith, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Associates in Gastroenterology, P.A. and Berkeley Endoscopy Center LLC,<br><br>Defendants. | CA: 3:17-cv-03179-MGL |

**CONSENT ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE**

This matter is before the Court on the Joint Motion to Approve Settlement Agreement and Release, filed by Plaintiff Ashlee Smith, as well as Ashley Pena, and Crystal Richardson, who are also represented in this matter by counsel for Ashlee Smith ("Plaintiffs"), and Defendants Associates in Gastroenterology, P.A., and Berkeley Endoscopy Center, LLC ("Defendants"). Through their Joint Motion, Plaintiffs and Defendant seek the Court's approval of the settlement on the terms as set forth in the proposed Settlement Agreement and Release ("Settlement Agreement").

This lawsuit was filed on October 6, 2017, in the Richland County Court of Common Pleas, which Defendants subsequently removed to this Court on November 22, 2017. Plaintiffs allege violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA"), and the South Carolina Payment of Wages Act, S.C. Code §§ 41-10-10, *et seq*. The parties reached an agreement to resolve this matter after exchanging documentation and other information, and engaging in

settlement negotiations. After reaching an agreement, the parties submitted their confidential Settlement Agreement and Release to the Court for *in camera* review.

Having read and carefully considered the Motion and the Settlement Agreement, the Court hereby holds (1) the Settlement Agreement reflects a reasonable compromise of a *bona fide* dispute with respect to liability under the FLSA and the South Carolina Payment of Wages Act; (2) the Settlement Agreement was negotiated at arm's length in an adversarial context in which all parties were represented by competent, experienced counsel; and (3) the totality of the Settlement Agreement is fair and reasonable to all parties thereto. Accordingly, the Joint Motion to Approve Settlement Agreement and Release is hereby **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 25, 2018